FORM 8.  Entry of Appearance

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Auburn University _____ v. IBM _____

No. 14-1465

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Auburn University _____
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lawrence K. Kolodney |
| Law firm: | Fish & Richardson P.C. |
| Address: | One Marina Park Drive |
| City, State and ZIP: | Boston, MA 02210 |
| Telephone: | 617-542-5070 |
| Fax #: | 617-542-8906 |
| E-mail address: | kolodney@fr.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04/13/2001 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_5/22/14_                          _____
Date                               Signature of pro se or counsel

cc: _____

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | May 22, 2014 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Lawrence K. Kolodney | | /s/ Lawrence K. Kolodney |
Name of Counsel                                      Signature of Counsel

Law Firm | Fish & Richardson P.C. |

Address | One Marina Park Drive |

City, State, ZIP | Boston, MA 02210 |

Telephone Number | 617-542-5070 |

FAX Number | 617-542-8906 |

E-mail Address | kolodney@fr.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.