Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Auburn University        v. IBM

No. 14-1465

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Auburn University
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                Michael Kane
Law firm:            Fish & Richardson P.C.
Address:             3200 RBC Plaza, 60 South Sixth Street
City, State and ZIP: Minneapolis, MN 55402
Telephone:           612-335-5070
Fax #:               612-288-9696
E-mail address:      kane@fr.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 20, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/22/14
Date

Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 22, 2014
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
　(by email or CM/ECF)

| Michael Kane | /s/ Michael Kane |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Fish & Richardson P.C.

Address  3200 RBC Plaza, 60 South Sixth Street

City, State, ZIP  Minneapolis, MN 55402

Telephone Number  612-335-5070

FAX Number  612-288-9696

E-mail Address  kane@fr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.