NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUBURN UNIVERSITY,**
*Appellant*

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellee*

---

2014-1465

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,575.

---

**ON MOTION**

---

**O R D E R**

Appellant moves without opposition for a 60-day extension of time to file its opening brief.

Upon consideration thereof,

It Is Ordered That:

The motion is granted. Appellant's opening brief is due January 16, 2015.

For the Court

| | |
|---|---|
| November 14, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

m2